IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW 5:10CR2-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| JIMMY EARL HILTON, JR. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and EDWARD JONES:

A judgment was entered on March 25, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Jimmy Earl Hilton, Jr., aka/Jimmy Earl Helton, aka/Earl Helton, whose last known address is XXXXXXXXXXX, Granite Falls, NC 28630, in the sum of $660,276.04. The balance as of July 7, 2011, is $660,276.04.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Edward Jones is commanded to **turn over property** in which the Defendant, Jimmy Earl Hilton, Jr., aka/Jimmy Earl Helton, aka/Earl Helton, has a substantial nonexempt interest, the said property being funds located in Edward Jones accounts including, but not limited to, any 401K accounts and any mutual fund accounts, in the name of Jimmy Earl Hilton, Jr., aka/Jimmy Earl Helton, aka/Earl Helton, at the following address: Edward Jones, 1245 J.J. Kelley Memorial Drive, Saint Louis, MI 63161, Attention: Paul Felsch.

**SO ORDERED**.

Signed: July 11, 2011

David S. Cayer
United States Magistrate Judge